UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: **99-2642 CIV-GRAHAM**

**MAGISTRATE TURNOFF**

WINDJAMMER LANDING, INC.,

    Plaintiff,

vs.

DONALD SMITH, SR., LYNNE CRAM SMITH,
WINDJAMMER LANDING COMPANY, LTD.,
and ELLIS DON, LTD.,

    Defendants.
_____/



## COMPLAINT

Plaintiff, WINDJAMMER LANDING, INC., sues the Defendants, DONALD SMITH, SR., LYNNE CRAM SMITH, WINDJAMMER LANDING COMPANY, LTD., and ELLIS DON, LTD., and alleges:

1. This action is based upon diversity of citizenship and is filed under 28 U.S.C. §1332. The matter in controversy exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00).

2. Plaintiff, WINDJAMMER LANDING, INC., is a Florida corporation, with its principal place of business in Fort Lauderdale, Broward County, Florida. Plaintiff is the assignee and successor-in-interest of BALI INTERNATIONAL, LTD., and has standing to file this action.

3. Defendant, DONALD SMITH, SR., is a Canadian citizen, and is otherwise sui juris.

4. Defendant, LYNNE CRAM SMITH, is a Canadian citizen, and is otherwise sui juris.

1



5. Defendant, WINDJAMMER LANDING COMPANY, LTD., is a Bahamian Corporation.

6. Defendant, ELLIS-DON, LTD., is a Canadian corporation, and upon information and belief, is also the parent company to numerous ELLIS-DON controlled subsidiaries.

## ALLEGATIONS COMMON TO ALL COUNTS

7. At all times material hereto, Defendant, WINDJAMMER LANDING COMPANY, LTD., a Bahamian corporation, owned real estate in St. Lucia, West Indies, upon which is located the WINDJAMMER LANDING RESORT, a multi-million dollar hotel and resort complex.

8. Prior to May 19, 1994, DAVID WILKES CRAM (hereinafter referred to as DAVID CRAM) owned 499 shares (roughly 50%) of Defendant, WINDJAMMER LANDING COMPANY, LTD., inclusive of its interest in the WINDJAMMER LANDING RESORT.

9. On May 19, 1994, DAVID CRAM filed a voluntary Chapter 7 Bankruptcy Petition in the West Palm Beach Division of the United States Bankruptcy Court, Southern District of Florida. The bankruptcy filing was assigned Case Number 94-31688 BKC-SHF.

10. Upon the filing of his Chapter 7 bankruptcy petition, all of DAVID CRAM's non-exempt assets, wherever situated, became part of his bankruptcy estate, and were thereafter subject to the disposition of the Chapter 7 Bankruptcy Trustee.

11. At all times material hereto, PATRICIA DZIKOWSKI was the Chapter 7 Bankruptcy Trustee assigned to DAVID CRAM's bankruptcy proceeding.

12. By virtue of her status as Chapter 7 Trustee, PATRICIA DZIKOWSKI was responsible for marshaling and disposing of the non-exempt assets of DAVID CRAM, and otherwise coordinating his bankruptcy proceedings.

13. DAVID CRAM's Fifty Percent (50%) ownership interest in the WINDJAMMER LANDING RESORT (by and through his ownership interest in WINDJAMMER LANDING COMPANY, LTD) was specifically included in his bankruptcy petition as a non-exempt asset, and was therefore part of his bankruptcy estate.

14. By operation of law, on May 19, 1994, DAVID CRAM's right, title and interest in the stock of WINDJAMMER LANDING COMPANY, LTD., including his interest in the WINDJAMMER LANDING RESORT, became property of DAVID CRAM's bankruptcy estate, and therefore could not be sold or otherwise transferred to any third party without the knowledge and consent of Chapter 7 Bankruptcy Trustee PATRICIA DZIKOWSKI.

15. On June 27, 1997, the Plaintiff's predecessor, BALI INTERNATIONAL, LTD., purchased from PATRICIA DZIKOWSKI the Chapter 7 Bankruptcy Trustee's right, title and interest in the stock of WINDJAMMER LANDING COMPANY, LTD., including its interest in the WINDJAMMER LANDING RESORT. A copy of the Bill of Sale is attached hereto, and incorporated herein as Plaintiff's Exhibit "A".

16. In 1996, unbeknownst to the U.S. Bankruptcy Court, the Chapter 7 Trustee or DAVID CRAM's creditors, the Defendant, DONALD SMITH, SR., unilaterally transferred title to the WINDJAMMER LANDING RESORT and/or DAVID CRAM's Fifty Percent (50%) interest in WINDJAMMER LANDING COMPANY, LTD. to a company controlled by the Defendant, ELLIS-DON, LTD.

17. At all times material hereto, DONALD SMITH, SR. owned a substantial interest in the Defendant Canadian corporation, ELLIS-DON, LTD., and was a controlling principal thereof.

3

18.     The fraudulent transfer of DAVID CRAM's above-described property interest and/or ownership interest was completed by DONALD SMITH, SR., or upon the instructions of DONALD SMITH, SR., at a time when DONALD SMITH, SR. had actual knowledge of DAVID CRAM's pending bankruptcy proceedings.

19.     DONALD SMITH, SR.'s fraudulent conveyance was performed deliberately, and in willful disregard of the controlling laws of the United States, the United States Bankruptcy Court, and the authority of the Chapter 7 Trustee.

20.     Upon information and belief, Defendant LYNNE CRAM SMITH (the ex-wife of DAVID CRAM and the daughter of Defendant, DONALD SMITH, SR.) owned one share of WINDJAMMER LANDING COMPANY, LTD., and assisted Defendant DONALD SMITH, SR. in the fraudulent transfer of DAVID CRAM's above-described property interest and/or ownership interest.

21.     Upon information and belief, in 1996 the Defendant, ELLIS-DON, LTD., or a wholly owned subsidiary thereof, sold and transferred title to the WINDJAMMER LANDING RESORT to GALILEO WORLD, an Italian company, for Thirty-Eight Million Dollars ($38,000,000.00).

22.     Upon information and belief, ELLIS-DON, LTD., or a wholly owned subsidiary thereof, foreclosed upon GALILEO WORLD's interest in the subject property, and has either resold the WINDJAMMER LANDING RESORT, or is now attempting to resell the resort property.

## COUNT I - CONVERSION

23.     Plaintiff realleges paragraphs one (1) through twenty-two (22), and further alleges:

24.     This is an action for damages in excess of Seventy-Five Thousand Dollars ($75,000.00)

25. In 1996, Defendants, DONALD SMITH, SR., LYNNE CRAM SMITH, and ELLIS-DON, LTD. converted to their own use an improved parcel of property in St. Lucia, West Indies, more commonly known as the WINDJAMMER LANDING RESORT, to which a 50% percent interest therein was the property of the Chapter 7 Bankruptcy Trustee (and ultimately the property of the Plaintiff), and the value of said property was THIRTY-EIGHT MILLION DOLLARS ($38,000,000.00).

WHEREFORE, Plaintiff demands judgment against Defendants DONALD SMITH, SR., LYNNE CRAM SMITH, and ELLIS-DON, LTD., jointly and severally, in the principal amount of NINETEEN MILLION DOLLARS ($19,000,000.00), plus the costs and disbursements of this action, prejudgment and post-judgment interest, and attorneys fees pursuant to Florida Statutes, §57.105, if applicable.

## COUNT II - CIVIL CONSPIRACY

23. Plaintiff realleges paragraphs one (1) through twenty-two (22), and further alleges:

24. In 1995 and 1996, Defendants DONALD SMITH, SR., LYNNE CRAM SMITH, ELLIS-DON, LTD., and WINDJAMMER LANDING COMPANY, LTD. conspired to convert to their own use an improved parcel of property in St. Lucia, West Indies, more commonly known as the WINDJAMMER LANDING RESORT, to which a 50% percent interest therein was the property of DAVID CRAM's Chapter 7 Bankruptcy Trustee (and ultimately the property of the Plaintiff), and the value of said property was THIRTY-EIGHT MILLION DOLLARS ($38,000,000.00).

25. That the Defendants committed overt acts in furtherance of the conspiracy, including, but not limited to attending a special meeting of shareholders of WINDJAMMER LANDING COMPANY, LTD. for the express purpose of fraudulently divesting DAVID CRAM of his interest

in the Bahamian corporation, and to authorize the fraudulent conveyance of the WINDJAMMER LANDING RESORT to either ELLIS-DON, LTD., or a wholly owned subsidiary thereof.

26. That as a direct and proximate result of the civil conspiracy perpetrated by the above-named Defendants, resulting in the fraudulent conveyance of the WINDJAMMER LANDING RESORT, the Plaintiff was deprived of its title and interest in the stock of WINDJAMMER LANDING COMPANY, LTD., and more specifically its Fifty Percent (50%) interest in the WINDJAMMER LANDING RESORT.

WHEREFORE, Plaintiff demands judgment against Defendants DONALD SMITH, SR., LYNNE CRAM SMITH, and ELLIS-DON, LTD., jointly and severally, in the principal amount of NINETEEN MILLION DOLLARS ($19,000,000.00), plus the costs and disbursements of this action, prejudgment and post-judgment interest, and attorneys fees pursuant to Florida Statutes, §57.105, if applicable.

    Respectfully submitted,

    LAW OFFICES OF TORRES & TORRES, P.A.
    15327 N.W. 60th Avenue, Suite 215
    Miami Lakes, FL 33014
    Telephone (305) 698-0926
    Telecopier (305) 698-0028

    By: _____
        RONALD R. TORRES, ESQUIRE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                    Case No. 94-31688-BKC-SHF
                                          Chapter 7
DAVID WILKES CRAM,
                    Debtor(s).
_____/

### BILL OF SALE

FOR VALUE RECEIVED in the amount of Three Thousand and 00/100 ($3,000.00) Dollars and the waiver of any and all claims which Bali International, Ltd. and/or its principal, Jeffrey Firestone, agent, may have in this case, PATRICIA DZIKOWSKI, TRUSTEE, hereby sells the following property to BALI INTERNATIONAL, LTD.:

> The Trustee's right, title and interest in the stock of Windjammer Landing Company, Ltd., a Bahamian corporation, including its interest in The Windjammer Landing Resort in St. Lucia, stock and/or partnership interests therein, and any rights or causes of action which the Debtor, David Wilkes Cram, and/or the Trustee, as successor in interest to the Debtor may have a right to bring against any persons and/or entities and any successors thereto, including, but not limited to, Windjammer Bahamas, arising from these ownership interests.

DATED this 27 day of June, 1997.

by _____
PATRICIA DZIKOWSKI, TRUSTEE
4300 North University Drive
Suite A-205
Lauderhill, Florida 33351
(954)748-4377

SWORN TO AND SUBSCRIBED before me this 27th day of June, 1997, by PATRICIA DZIKOWSKI, Bankruptcy Trustee for the estate of David Wilkes Cram, Case Number 94-31688-BKC-SHF, who is personally known to me.

_____
NOTARY PUBLIC
Robin Gourley

**EXHIBIT A**

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Windjammer Landing, Inc.

## DEFENDANTS
Donald Smith, Sr., Lynne Cram Smith Windjammer Landing Company, Ltd., Ellis D[...], Ltd.

**99-2642**

**CIV-GRAHAM**

**MAGISTRATE TURNOFF**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Canada
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

A DADE/99CV2642-GRAHAM/WCT

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law Offices of Torres & Torres PA
15327 N.W. 60th Avenue, #215
Miami Lakes, FL 33014 (305) 693-0926

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | **PERSONAL PROPERTY** | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☒ 370 Other Fraud | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | **A LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. §1332 – Diversity, Conversion of Property, Fraud

LENGTH OF TRIAL via ____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $ 15,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 9/24/99

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 71159   AMOUNT 150.00   APPLYING IFP ____   JUDGE GRAHAM   MAG. JUDGE WCT